**562**

Affirmed.

394 P.3d 792

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Carolyn RINGOR, Defendant-Appellant**

**NO. CAAP-16-0000526**

Intermediate Court of Appeals of Hawai'i.

May 24, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT 'EWA DIVISION (CASE NO. 1DTA-16-00198)

Vacated. Remanded.

394 P.3d 792

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**James W. TUCKER, Jr., Defendant-Appellee.**

**NO. CAAP-16-0000545**

Intermediate Court of Appeals of Hawai'i.

May 26, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1785)

Vacate. Remand.

